**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

ELIZARRARAS ALVAREZ JORGE ALBERTO,

Petitioner,

v.

JASON KNIGHT, *et al.*,

Respondents.

Case No.: 2:26-cv-03213-RFB-NJK

**ORDER**

The Court entered its Standard Procedures for *Pro Se* Immigration Habeas Petitions Order on October 1, 2026, setting deadlines for the parties relevant to this case. ECF No. 3. The parties did not complete their briefing as ordered. See ECF Nos. 6 (last substantive filing), 7 (motion to extend deadline to file amended petition or traverse). Moreover, Petitioner's counsel filed a notice stating the petition is likely moot because Petitioner was moved to Arizona on September 29, 2026, for deportation under a reinstated removal order. ECF No. 10.

Accordingly, **IT IS HEREBY ORDERED** that, within **7 days** of this Order, Petitioner must show cause why this case should not be dismissed for mootness. Alternatively, Petitioner may file the appropriate document under Federal Rule of Civil Procedure 41(a) to voluntarily dismiss this action without prejudice.

**DATED:** November 6, 2026.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**